**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| MELISSA VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC.,<br><br>Defendant. | Case No. 5:24-cv-00269-C<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Melissa Vasquez ("Plaintiff") and Defendant TRANSUNION, LLC., ("TRANSUNION" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to TRANSUNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: January 9, 2025    By:    */s/ Jeffrey Lohman*
                                               Jeffrey Lohman, Bar #032315
                                               The Law Offices of Jeffrey Lohman, PLLC
                                               2325 Camelback Road, Suite 400
                                               Phoenix, AZ 85016
                                               Tel: (602) 461-7404
                                               Email: JeffL@jlohman.com

                                               Attorneys for Plaintiff,
                                               MELISSA VASQUEZ

# CERTIFICATE OF SERVICE

I certify that on January 9, 2025, I served Plaintiff Melissa Vasquez's Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By:   */s/ Jeffrey Lohman*
      Jeffrey Lohman, Bar #032315
      The Law Offices of Jeffrey Lohman, PLLC
      2325 Camelback Road, Suite 400
      Phoenix, AZ 85016
      Tel: (602) 461-7404
      Email: JeffL@jlohman.com

      Attorneys for Plaintiff,
      MELISSA VASQUEZ
